IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BOEUF RIVER FARM, INC.                                                                PLAINTIFF

v.                                              NO. 5:10CV00279 JLH

ROCKY TRIGLETH, *et al.*                                                              DEFENDANTS

**O R D E R**

The Court's attention has been directed to the fact that separate defendant ROCKY TRIGLETH herein is presently proceeding *pro* se.

The purpose of this Order is to direct defendant's attention to the fact that he is required to be familiar and comply with all the Federal Rules of Civil Procedure as well as the Local Rules of this Court. Failure to comply may result in default judgment being entered against him.

The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the United States District Court Clerk for the Eastern District of Arkansas. Defendant is hereby instructed to be familiar and comply with said Rules.

The Clerk of Court is directed to serve this Order on separate defendant ROCKY TRIGLETH by both regular mail and certified mail, return receipt requested.

IT IS SO ORDERED this 24th day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE