**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

BOEUF RIVER FARM, INC.                                                                                     PLAINTIFF

v.                                         No. 5:10CV00279 JLH

ROCKY TRIGLETH and UNITED STATES
DEPARTMENT OF AGRICULTURE
FARM SERVICES AGENCY                                                                               DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the claims of Boeuf River Farm, Inc., against the United States Department of Agriculture Farm Services Agency are dismissed without prejudice. The claims of Boeuf River Farm, Inc., against Rocky Trigleth are remanded to the Circuit Court of Chicot County, Arkansas.

IT IS SO ORDERED this 16th day of November, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE